## HAIR *vs.* STATE

ASSAULT WITH ¦INTENT TO MURDER, FROM· DECATUR.　Criminal. Law.　New Trial.
　Charge of Court.　(Before Judge·Bower.)

　Jackson C. J.—The verdict of guilt in this case was demanded by
the evidence; and in such a case, unless there was a patent error of
law, a new trial should be granted.　There was no such, if any error at
all, in this case, and construing the clauses of the charge excepted to
with the entire charge, there was no error at all.　61 Ga., 379; 71 Id.,
164, 167 and cit.

　Judgment affirmed.

　Russell & Hawes; John E. Donaldson; C. B. Wooten, for plaintiff
in error.

　W. N. Spence, Solicitor General, by D. H. Pope, for the State.